UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'08 MAY -6 P1 :37
JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ARTHUR POLK,

    Defendant.

Case No. 08-CR-_____
[18 U.S.C. § 641]

08 CR 120

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

In or about December of 2003, in the State and Eastern District of Wisconsin and elsewhere,

**ARTHUR POLK**

knowingly and willfully converted to his own use and without authority disposed of a thing of value of the United States of America. Specifically, the defendant caused timber to be felled on land subject to a wetlands conservation easement that gave the United States the exclusive right to harvest wood products. He did so with the intent to deprive the United States of the use and benefit of its property, which had a value of at least $5,000.

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
FOREPERSON

Dated: 5-6-08

_____
STEVEN M. BISKUPIC